IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JASPER LLOYD DOCKERY**

      **Petitioner,**

**v.**                                        **Civil Action No. 5:06cv140**
                                                    **(Judge Stamp)**

**JOE DRIVER, Warden**

      **Respondent.**

**ORDER GRANTING PETITIONER'S MOTION
FOR EXTENSION OF TIME TO FILE A REPLY**

For good cause shown, the petitioner's motion for extension of time (dckt. 33) is **GRANTED**. Petitioner shall have up to and including **December 31, 2007**, in which to file a reply to the respondent's Motion to Dismiss, or in the Alternative, Motion to Transfer Case.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: December 4, 2007.

/s *John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE