**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**JASPER LLOYD DOCKERY**

   **Petitioner,**

**v.**               **Civil Action No. 5:06cv140
                  (Judge Stamp)**

**JOE DRIVER, Warden**

   **Respondent.**

**ORDER GRANTING PETITIONER'S MOTION
FOR EXTENSION OF TIME TO FILE A REPLY**

   For good cause shown, the petitioner's motion for extension of time (dckt. 36) is

**GRANTED**.  Petitioner shall have up to and including **January 29, 2008**, in which to file a reply

to the respondent's Motion to Dismiss, or in the Alternative, Motion to Transfer Case.

   IT IS SO ORDERED.

   The Clerk  is directed to mail a copy of this Order to the *pro se* petitioner.

   DATED: January 2, 2008.

*John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE